# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**COREY CHADEWICK CLICK**                                                                PLAINTIFF

v.                          Case No. 4:18-cv-00389-KGB-JJV

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is affirmed. Judgment is entered in favor of the Commissioner.

So ordered this 12th day of September, 2019.

_____
Kristine G. Baker
United States District Judge